**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
101 Convention Center Dr., Suite 600
Las Vegas, Nevada 89109
Tel: (702) 805-8340
Tel: (702) 805-8340
Attorneys for Plaintiff-Appellant,
*Anna Galaza*

~AND~

**PHILIP J. TRENCHAK, ESQ.**
Nevada State Bar No. 9924
**MULLINS & TRENCHAK**
1614 S. Maryland Pkwy.
Las Vegas, Nevada 89104
Telephone: (702) 778-9444
Email: phil@mullinstrenchak.com
Attorneys for Plaintiff-Appellant,
*Anna Galaza*

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

* * * * *

| | |
|---|---|
| ANNA GALAZA<br><br>   Appellant,<br><br>vs.<br><br>CHAD WOLF,<br><br>   Respondent. | CASE NO.: 21-15464<br><br>Appeal from Case No.: 2:16-CV-00878-RFB-CWH, District of Nevada<br><br>**UNOPPOSED MOTION TO CONTINUE ORAL ARGUMENT DUE TO A MEDICAL EMERGENCY** |

     Pursuant to Federal Rule of Appellate Procedure 34(b) and Ninth Circuit Rule 34-2, Plaintiff-Appellant, ANNA GALAZA, respectfully moves to continue the oral argument currently scheduled for August 12, 2022, in the above-captioned appeal due to Plaintiff-Appellant's counsel Jenny L. Foley, Ph.D., Esq's inability to attend the hearing and argue on behalf of Plaintiff-Appellant due to her contracting COVID-19.

1

By Notice of Oral Argument filed on May 29, 2022, the parties were notified that oral argument had been set for Friday, August 12, 2022. Counsel for Plaintiff-Appellant filed an acknowledgment of hearing notice on July 6, 2022, to appear for oral argument in person. Counsel for Defendants-Appellees filed an acknowledgement of hearing notice on July 8, 2022, to appear for oral argument in person.

On August 9, 2022, a staff member in Plaintiff-Appellant's counsel's office left work early due to fever. Later that night, this individual tested positive for COVID-19. The following morning on August 10, 2022, Counsel for Plaintiff-Appellant tested positive for COVID-19 and has begun exhibiting symptoms. Counsel for Plaintiff-Appellant immediately contacted Counsel for Defendants-Appellees, Holly A. Vance, Esq., to advise her of the positive COVID-19 tests and to discuss this motion. Ms. Vance does not oppose continuing oral argument in this matter under the circumstances. Accordingly, Plaintiff-Appellant requests that oral argument be continued.

Good cause exists for the requested continuance, as set forth in detail in the attached declaration. Notably, this morning, Dr. Foley tested positive for COVID-19 and is beginning to exhibit symptoms, which prevents her from participating in the August 12, 2022, Oral Argument. Dr. Foley's inability to participate in the Oral Argument due to unforeseen medical reasons constitutes an exceptional circumstance warranting continuance of the scheduled Oral Argument. Notably, Dr. Foley is the only attorney on Plaintiff-Appellant's behalf who has the experience and familiarity with the issues before the Court needed to fully and fairly present Plaintiff-Appellant's arguments at Oral Argument.

This is the first continuance of the Oral Argument requested by Plaintiff-Appellant and is not opposed by the Defendants-Appellees. Moreover, Plaintiff-Appellant has demonstrated diligence and best efforts to provide this Court with timely notice of this medical emergency by immediately reaching out to the Court, Defendants-Appellees' counsel, and in filing this motion upon testing positive for COVID-19 this morning.

Finally, the granting of this continuance would not prejudice the interests of either party while granting the requested relief serves the interests of justice by allowing Plaintiff-Appellant's counsel to participate and advocate on her behalf concerning the important legal issues currently pending before the Court.

DATED this 10th day of August, 2022.

Respectfully submitted,

**HKM EMPLOYMENT ATTORNEYS LLP**

By: /s/ Jenny L. Foley
**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
101 Convention Center Dr., Suite 600
Las Vegas, Nevada 89109
Tel: (702) 805-8340
Fax: (702) 805-8340
*Attorney for Plaintiff-Appellant*

MULLINS & TRENCHAK
/s/ Philip J. Trenchak
PHILIP J. TRENCHAK, ESQ.
Nevada State Bar No. 9924
1614 S. Maryland Pkwy.
Las Vegas, Nevada 89104
Telephone: (702) 778-9444
Email: phil@mullinstrenchak.com
*Attorneys for Plaintiff-Appellant, Anna Galaza*

## DECLARATION OF JENNY L. FOLEY

Jenny L. Foley, for her declaration, pursuant to 28 U.S.C. §1746, states as follows:

1. I am over the age of 18 years old and of sound mind, fully competent and authorized to make this declaration.

2. I am an attorney of the law firm HKM EMPLOYMENT ATTORNEYS LLP, who, along with MULLINS and TRENCHAK, Attorneys at Law, is representing Plaintiff-Appellant, Anna Galaza, in the above-captioned case.

3. I submit this declaration in support of Plaintiff-Appellant's Unopposed Motion to Continue Oral Argument Due to a Medical Emergency.

4. This case concerns the ability of a wrongfully terminated employee to file a civil action against the Transportation Security Administration.

5. Pursuant to the Notice of Oral Argument filed on May 29, 2022, oral argument had been set for Friday, August 12, 2022.

6. Counsel for Defendants-Appellees and I had intended to appear for oral argument in person. I am the only attorney on Plaintiff-Appellant's behalf who has the experience and familiarity with the issues before the Court needed to fully and fairly present Plaintiff-Appellant's arguments at Oral Argument.

7. On August 9, 2022, a staff member in our office left work early due to fever. Later that night, this individual tested positive for COVID-19 and advised the office of the same.

8. This morning, I tested positive for COVID-19 and have begun exhibiting symptoms.

9. Once I learned of my positive test, I immediately contacted Counsel for Defendants-Appellees, Holly A. Vance, Esq., to advise her of the positive COVID-19 tests and to discuss this motion. Ms. Vance does not oppose continuing oral argument in this matter under the circumstances.

10. Good cause exists for the requested continuance, because I am physically unable to participate in Friday's scheduled Oral Argument due to contracting COVID-19.

11. I have demonstrated diligence and best efforts to provide this Court with timely notice of this medical emergency.

12. The granting of this continuance would not appear to prejudice the interests of either party.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 10, 2022

*/s/ Jenny L. Foley*
Jenny L. Foley, Ph.D., Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

HOLLY A. VANCE, ESQ.
U.S. ATTORNEY'S OFFICE
100 West Liberty
Reno, NV 89051
Telephone: (775) 784-5438
Attorney for Defendants-Appellees

                                                                                                                             _____
An Employee of
HKM Employment Attorneys LLP