**FILED**

**JUN 8 2023**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANNA GALAZA,<br><br>    Plaintiff-Appellant,<br><br>v.<br><br>ALEJANDRO N. MAYORKAS,<br><br>    Defendant-Appellee. | No. 21-15464<br><br>D.C. No. 2:16-cv-00878-RFB-DJA<br>District of Nevada,<br>Las Vegas<br><br>ORDER |

Before: RAWLINSON, BADE, and BRESS, Circuit Judges.

Judges Rawlinson, Bade and Bress voted to deny the Petition for Rehearing En Banc.

The full court has been advised of the Petition for Rehearing En Banc, and no judge of the court has requested a vote.

Plaintiff-Appellant's Petition for Rehearing En Banc, filed May 15, 2023, is DENIED.